[No. 8631–6–I.   Division One.   July 6, 1981.]

ROLAND D. HAYS, ET AL, *Appellants,* v. ARTHUR
D. HAYS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–00260–5, Dennis J. Britt, J., entered March 6, 1980. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Callow, JJ.

[Nos. 4305–II; 4346–II.   Division Two.   July 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
LA PIERRE, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
F. IULIANO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 54976, Arthur W. Verharen, J., entered September 20, 1979. *Affirmed* and *dismissed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3899–8–III.   Division Three.   July 7, 1981.]

GAYLE M. JOHNSON, *Appellant,* v. JOSEPH E.
CORDELL, ET AL, *Defendants,* DOUGLAS
COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 33034, Fred Van Sickle, J., entered March 24, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.